UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas Kendricks,

        Plaintiff,

  v.

Sheree Bowick,

        Defendant.

Case No. 16-cv-187 ADM/FLN

ORDER

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 8, 2016, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Plaintiff's application to proceed *in forma pauperis* (Docket No. 2) be DENIED AS MOOT;

2. Plaintiff's letter dated March 29, 2016 (Docket No. 8) be construed as a request for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a), and that such request be GRANTED; and

3. This action be summarily DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a).

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 6, 2016                                            s/Ann D. Montgomery
                                                                               ANN D. MONTGOMERY
                                                                               United States District Court Judge